UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL INSURANCE COMPANY,<br><br>         Plaintiff,<br><br>v.<br><br>KPM ANALYTICS, INC. f/k/a STATERA ANALYTICS INC. and KPM ANALYTICS NORTH AMERICA CORPORATION f/k/a PROCESS SENSORS CORPORATION,<br><br>         Defendants. | Civil Action File No.:<br><br>1:24-cv-12507-JEK |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Federal Insurance Company ("IEP") and Defendants KPM Analytics, Incorporated f/k/a Statera Analytics Incorporated and KPM Analytics North America Corporation f/k/a Process Sensors Corporation ("KPM") (collectively the "Parties"), hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and (c), that all claims and counterclaims asserted in this action are hereby dismissed with prejudice, with each party to bear its own costs and fees.

This 29th day of April, 2025.

| | |
|---|---|
| */s/ John J. McGivney* | */s/ Andrew F. Caplan* |
| Counsel for Plaintiff | Counsel for Defendants |
| John J. McGivney (BBO # 333510) | Andrew F. Caplan (BBO # 564127) |
| Kara A, Loridas (BBO# 681727) | TWOHIG CAPLAN LLP |
| Rubin and Rudman LLP | P.O. BOX 84 |
| 53 State Street | Swampscott, MA 01907 |
| Boston, MA 02109 | 339-440-0978 |
| jmcgivney@rubinrudman.com | acaplan@twohigcaplan.com |
| kloridas@rubinrudman.com | |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

4378104_1

## **CERTIFICATE OF SERVICE**

      I, Kara A. Loridas, hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and e-mail copies will be sent to those indicated as non-registered participants on April 29, 2025.

                                                               */s/Kara A. Loridas*
                                                               Kara A. Loridas